BRIAN C. SHAPIRO
ATTORNEY AT LAW 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712
TEL: 562/868-5886
FAX: 562/868-5491
E-MAIL: brian_rohlfing.office@speakeasy.net

JS-6

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.B. by and through her guardian ad litem, DORENE BOWEN, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant | Case No.: CV 08-06911 (AN) <br><br> ORDER |

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: March 20, 2009            /s/ Arthur Nakazato

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-